**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Alfred J. Lizotte, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Dacotah Bank, a South Dakota Banking Corporation, Gaylen W. Melgaard, Bobby Compton, and Joe Senger, | ) ) ) | Case No. 4:08-cv-084 |
| | ) | |
| Defendants. | ) | |

The court directs the Clerk of Court to seal Exhibit D to the Plaintiff's complaint (Docket No. 1-4) as is contains personal identifiers.

**IT IS SO ORDERED**.

Dated this 17th day of October, 2008.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr.
                                           United States Magistrate Judge