**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Alfred J. Lizotte, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dacotah Bank, a South Dakota Banking Corporation, Gaylen W. Melgaard, Bobby Compton and Joe Senger, | ) ) ) | |
| | ) | Case No. 4:08-cv-084 |
| Defendants. | ) | |

_____

The court conducted a status conference with the parties in the above-entitled action on June 23, 2009. Pursuant to the parties discussions, the scheduling and discovery order shall be amended as follows:

3. Fact discovery shall be completed by September 1, 2009.

4. The Plaintiff shall disclose experts, along with complete reports, under Rule 26(a)(2), by September 1, 2009. The Defendants shall disclose experts along with complete reports under Rule 26(a)(2), by October, 1, 2009.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge